SENTENCING COURTROOM MINUTE SHEET DATE 9-29-2025

CR. CASE NO. CR-24-130-2-SLP U.S.A. -vs- CESAR AZAMAR AGUILAR

COMMENCED 1:30 ENDED 2:45 TOTAL TIME 1 hr 15 mins

JUDGE SCOTT L. PALK DEPUTY D. WAYNE LEE REPORTER EMILY CRIPE

COUNSEL FOR PLF. Tom Snyder

COUNSEL FOR DFT. Tom Wright

INTERPRETER Rita Lyons

SENTENCING MINUTE: Dft. appears in person with/without private / public defender / ct. apptd counsel

Probation Report reviewed by counsel and dft. Probation Officer: Raquel Sweet

5/21/2024 Superseding Indictment dismissed as per order filed.

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 97 months.

Dft shall participate in the Inmate Financial Responsibility Program while incarcerated.

The Court does not impose a term of supervised release.

Dft ordered to pay Special Assessment fee of $100.00 on Count 1 of 12/17/2024 Second Superseding Indictment for a total of $100.00, due immediately.

Fine is hereby waived due to dft's inability to pay such fine.

Dft shall forfeit to the U.S. all right, title, and interest in the assets listed in the Preliminary Order of Forfeiture dtd 8-11-2025.

Dft advised of right to appeal & to appeal ifp.

Court orders commitment to the custody of the Bureau of Prisons/Attorney General & recommends that dft be incarcerated at: a FCI in South Texas

DFT. REMANDED TO U.S.M.